IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Portis, Daren L

Printed: 4/29/08

Case Number: 07 B 23465
Judge: Goldgar, A. Benjamin
Filed: 12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: April 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,408.00 |  |
| Secured: |  | 1,331.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 76.03 |
| Other Funds: |  | 0.00 |
| Totals: | 1,408.00 | 1,408.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,079.01 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 23,636.79 | 1,331.97 |
| 5. | Franklin Credit Management Corporation | Secured | 1,906.89 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 11,251.22 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 8.60 | 0.00 |
| 8. | T Mobile USA | Unsecured | 99.56 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 121.58 | 0.00 |
| 10. | Oxford Collection Service | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 15. | Control Credit Management | Unsecured |  | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 18. | Allied Interstate | Unsecured |  | No Claim Filed |
| 19. | Senex Services Corp | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Rita Saldanha MD | Unsecured |  | No Claim Filed |
| 22. | Village Of Stone Park | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,103.65 | $ 1,331.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Portis, Daren L | Case Number:  07 B 23465 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  12/14/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 76.03 |
| | _____ |
| | $ 76.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

